# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| Joan Lendell LLOYD, | |
| Plaintiff, | Civil No. 17-4823 (RBK/AMD) |
| v. | |
| Roland MILLARD and Melissa MILLARD, | **ORDER** |
| Defendants. | |

**KUGLER**, United States District Judge:

**THIS MATTER** coming before the Court on Plaintiff's Motion for Default Judgment (ECF No. 5);

**THE COURT NOTING** that under Rule 55(a), there is a two-step procedure required for entry of default judgment: first, the Clerk must enter default, and then either the Clerk or the Court may enter default judgment under Rule 55(b), *see also* Wright & Miller, 10A Federal Practice & Procedure § 2682 (4th ed.);

**THE COURT FINDING** that Plaintiff has not properly moved the Clerk of Court for entry of default;

**IT IS HEREBY ORDERED** that Defendant's motion is **DENIED**.


Dated:   May 7, 2018                                         s/ Robert B. Kugler
                                                             ROBERT B. KUGLER
                                                             United States District Judge

1